**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

**UNDER SEAL**

UNITED STATES OF AMERICA

v.

JEFFREY TAYLOR,

*Defendant.*

Case No. 1:26-CR-161

Count 1: Coercion and Enticement and Attempted Coercion and Enticement of a Minor to Engage in Illicit Sexual Activity (18 U.S.C. § 2422(b))

Count 2: Coercion and Enticement and Attempted Coercion and Enticement of a Minor to Engage in Illicit Sexual Activity (18 U.S.C. § 2422(b))

Count 3: Coercion and Enticement and Attempted Coercion and Enticement of a Minor to Engage in Illicit Sexual Activity (18 U.S.C. § 2422(b))

Count 4: Travel with Intent to Engage in Illicit Sexual Conduct (18 U.S.C. § 2423(b))

Count 5: Travel with Intent to Engage in Illicit Sexual Conduct (18 U.S.C. § 2423(b))

Count 6: Travel with Intent to Engage in Illicit Sexual Conduct (18 U.S.C. § 2423(b))

Count 7: Travel with Intent to Engage in Illicit Sexual Conduct (18 U.S.C. § 2423(b))

**INDICTMENT**

September 2026 Term—at Alexandria, Virginia

**COUNT ONE**
**(Coercion and Enticement and Attempted Coercion and Enticement of a Minor to Engage in Illicit Sexual Activity)**

THE GRAND JURY CHARGES THAT:

Between on or about January 1, 1998 and on or about January 3, 2002, within the Eastern District of Virginia and elsewhere, the Defendant, JEFFREY TAYLOR, using a facility and means of interstate and foreign commerce, attempted to and did knowingly persuade, induce, entice, and coerce Minor Victim 1, an individual who had not attained the age of 18 years, to engage in any sexual activity for which any person can be charged with a criminal offense, including: Article 27, Section 35C of the Annotated Code of Maryland (1996) (Causing abuse to a child—sexual abuse of a child).

(In violation of Title 18, U.S. Code, Section 2422(b)(1996)(1998).)

**COUNT TWO**
**(Coercion and Enticement and Attempted Coercion and Enticement of a Minor to Engage in Illicit Sexual Activity)**

THE GRAND JURY FURTHER CHARGES THAT:

Between on or about January 1, 1998 and on or about January 3, 2002, within the Eastern District of Virginia and elsewhere, the Defendant, JEFFREY TAYLOR, using a facility and means of interstate and foreign commerce, attempted to and did knowingly persuade, induce, entice, and coerce Minor Victim 2, an individual who had not attained the age of 18 years, to engage in any sexual activity for which any person can be charged with a criminal offense, including: Article 27, Section 35C of the Annotated Code of Maryland (1996) (Causing abuse to a child—sexual abuse of a child).

(In violation of Title 18, U.S. Code, Section 2422(b)(1996)(1998).)

**COUNT THREE**
**(Coercion and Enticement and Attempted Coercion and Enticement of a Minor to Engage in Illicit Sexual Activity)**

THE GRAND JURY FURTHER CHARGES THAT:

Between on or about September 1, 1994 and on or about September 12, 2000, within the Eastern District of Virginia and elsewhere, the Defendant, JEFFREY TAYLOR, using a facility and means of interstate and foreign commerce, attempted to and did knowingly persuade, induce, entice, and coerce Minor Victim 3, an individual who had not attained the age of 18 years, to engage in any sexual activity for which any person can be charged with a criminal offense, including: Section 18.2-370.1 of the Code of Virginia (1991) (taking indecent liberties with child by person in custodial or supervisory relationship).

(In violation of Title 18, U.S. Code, Section 2422(b)(1988)(1996)(1998).)

**COUNT FOUR**

**(Travel with Intent to Engage in Illicit Sexual Conduct)**

THE GRAND JURY FURTHER CHARGES THAT:

Between on or about January 1, 1998 and on or about January 3, 2002, within the Eastern District of Virginia and elsewhere, the Defendant, JEFFREY TAYLOR, traveled in interstate and foreign commerce for the purpose of engaging in any illicit sexual conduct as defined in Title 18, United States Code, Section 2246 (1994)(1998), with another person under 18 years of age.

(In violation of Title 18, U.S. Code, Section 2423(b)(1996)(1998).)

**COUNT FIVE**

**(Travel with Intent to Engage in Illicit Sexual Conduct)**

THE GRAND JURY FURTHER CHARGES THAT:

Between on or about January 1, 1998 and on or about January 3, 2002, within the Eastern District of Virginia and elsewhere, the Defendant, JEFFREY TAYLOR, traveled in interstate and foreign commerce for the purpose of engaging in any illicit sexual conduct as defined in Title 18, United States Code, Section 2246 (1994)(1998), with another person under 18 years of age.

(In violation of Title 18, U.S. Code, Section 2423(b)(1996)(1998).)

**COUNT SIX**

**(Travel with Intent to Engage in Illicit Sexual Conduct)**

THE GRAND JURY FURTHER CHARGES THAT:

Between on or about January 1, 1998 and on or about June 1, 2000, within the Eastern District of Virginia and elsewhere, the Defendant, JEFFREY TAYLOR, traveled in interstate and foreign commerce for the purpose of engaging in any illicit sexual conduct as defined in Title 18, United States Code, Section 2246 (1994)(1998), with another person under 18 years of age.

(In violation of Title 18, U.S. Code, Section 2423(b)(1996)(1998).)

**COUNT SEVEN**

**(Travel with Intent to Engage in Illicit Sexual Conduct)**

THE GRAND JURY FURTHER CHARGES THAT:

Between on or about June 1, 2000 and on or about August 1, 2000, within the Eastern District of Virginia and elsewhere, the Defendant, JEFFREY TAYLOR, a United States citizen, traveled in interstate and foreign commerce for the purpose of engaging in illicit sexual conduct as defined in Title 18, United States Code, Section 2246 (1998), with another person under 18 years of age.

(In violation of Title 18, United States Code, Section 2423(b)(1998).)

A TRUE BILL

COPY

FOREPERSON

Todd W. Blanche
Attorney General

Theophani K. Stamos
First Assistant United States Attorney

By: [signature]
Vanessa Strobbe
Assistant United States Attorney